RECEIVED

JAN - 6 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JEFFREY PELLEY, ET AL. | MISC. CASE NO. 16-mc-96 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve Settlement of Jeffrey Pelley, as Personal Representative and Derivative Claimant; and Steven Pelley, as Derivative Claimant, for the estate of Dorothy S. Pelley, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 6 day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE